**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**




**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Virginia Vasquez** | Case No. 1:08-cv-01240-AWI-GSA |
| **Plaintiff,** | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| **vs.** | |
| **United Collection Bureau, Inc.** | (Assigned to the Honorable Gary S. Austin) |
| **Defendant.** | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that the parties hereby motion to the court that this matter be dismissed with prejudice.

Respectfully submitted this 4th day of November, 2008

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

It is so Ordered. Dated: 12-5-08

United States District Judge